ACCEPTED
01-14-00389-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/29/2015 3:51:11 PM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00389-CR**
**No. 01-14-00390-CR**
In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/29/2015 3:51:11 PM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

**Nos. 1350501 and 1350815**
In the 263rd District Court
Of Harris County, Texas

————————◆————————

**JOHNATHAN RENARD CASTANEDA**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

————————◆————————

STATE'S MOTION FOR FINAL EXTENSION OF TIME TO FILE BRIEF

————————◆————————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to Tex. R. App. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The appellant was charged in cause number 1350501 with aggravated sexual assault committed on June 8, 2012 (CR1 – 12). He was also charged in cause number 1350815 with the murder of Baron Armstrong committed on that same day (CR5 – 13). He pled "not guilty" to the charges, and the cases were tried to a jury (CR1 – 73) (CR5 – 81). The jury found the appellant guilty of both offenses, and the trial court

thereafter assessed punishment on April 24, 2014 as follows: forty-five years in prison for the murder, and life in prison for the aggravated sexual assault (CR1 – 73) (CR5 – 81). The appellant filed notice of appeal that same day, and the trial court certified that he had the right to appeal (CR1 – 77, 79) (CR5 – 85, 87).

2. The State's brief was originally due on March 30, 2015, but this Court granted one extension. The State hereby requests a final 30-day extension for the filing of the State's brief.

3. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

    a. The record in this case is over one megabyte in length split over ten volumes and will take some time to process.

    b. The undersigned attorney researched and answered by email more than 100 legal questions of trial prosecutors since the appellant filed his brief. The undersigned attorney researched and answered even more such questions by phone during that time period.

    c. The undersigned attorney has been involved in completing the following written appellate project since the appellant filed his brief:

        (1)    Jennifer Waite v. The State of Texas
                  No. 14-13-00588-CR
                  Brief filed February 3, 2015

        (2)    Terry Cox Ferguson v. The State of Texas
                  No. 01-14-00247-CR
                  Brief filed February 12, 2015

(3)    Kevin Kent v. The State of Texas
       No. 14-13-00375-CR
       Brief on PDR filed March 3, 2015

(4)    Kelvin O'Brien v. The State of Texas
       No. 01-14-00229-CR
       Brief filed March 30, 2015

(5)    Antonio Perez v. The State of Texas
       No. 01-12-01001-CR
       Motion for rehearing filed March 31, 2015

(6)    Brogan Melchior v. The State of Texas
       No. 14-14-00454-CR
       Brief filed April 14, 2015

(7)    Elder Somoza v. The State of Texas
       No. 01-14-00716-CR
       Brief filed April 15, 2015

(8)    In the Interest of B.D.S. v. The State of Texas
       No. 01-14-00762-CV
       Brief filed April 28, 2015

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/  Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Kugler_eric@dao.hctx.net
TBC No. 796910

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Jani Wood
Assistant Public Defender
Harris County, Texas
1201 Franklin, 13th Floor
Houston, Texas 77002
Jani.Maselli@pdo.hctx.net

/s/ Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826

Date: April 29, 2015